1
2
3
4
5                       UNITED STATES DISTRICT COURT
6                           DISTRICT OF NEVADA
7                                 * * *
8    NICK SPAGNOLO,                    )
                                       )
9              Plaintiff,              )      2:12-cv-0184-ECR-RJJ
                                       )
10   vs.                               )
                                       )
11   DR. ADAM LOUSIGNONT,              )      O R D E R
                                       )
12             Defendant,              )
                                       )
13   _____ )

14          This matter is before the Court on an Application to Proceed in District Court Without

15   Prepaying Fees or Costs (#1).

16          The Court having reviewed the Application (#1) and the proposed complaint attached

17   thereto and good cause appearing therefore,

18          IT IS HEREBY ORDERED that a status hearing is scheduled for April 4, 2012, at 9:00

19   AM in courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd.

20   So., Las Vegas, Nevada.

21          IT IS FURTHER ORDERED that only Plaintiff, Nick Spagnolo,  is required to appear in

22   Court for this hearing. Plaintiff is advised that failure to appear for this hearing may result in a

23   recommendation that this case be dismissed.

24          IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on the

25   Plaintiff by certified mail, return receipt requested.

26          DATED this  22nd  day of February, 2012.

27
28                                    _____
                                      ROBERT J. JOHNSTON
                                      United States Magistrate Judge